```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                        CASE NO. 08 B 18223
    JESSE ROBINSON
                                              CHAPTER 13

                                              JUDGE: JACQUELINE P COX

           Debtor
    SSN XXX-XX-7239


-----------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
-----------------------------------------------------------------------
     The case was filed on 07/16/2008 and was not confirmed.

     The case was dismissed without confirmation 12/01/2008.
-----------------------------------------------------------------------
CREDITOR NAME            CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                          PAID          PAID
-----------------------------------------------------------------------
COUNTRYWIDE HOME LOANS   SECURED NOT I          .00           .00             .00
COUNTRYWIDE HOME LOANS   SECURED NOT I          .00           .00             .00
WASHINGTON MUTUAL        CURRENT MORTG          .00           .00             .00
WASHINGTON MUTUAL        MORTGAGE ARRE          .00           .00             .00
CINGULAR                 UNSECURED        NOT FILED           .00             .00
ECAST SETTLEMENT CORP    UNSECURED           462.80           .00             .00
AT&T                     UNSECURED        NOT FILED           .00             .00
ECMC                     UNSECURED          7887.36           .00             .00
US CELLULAR              UNSECURED           458.24           .00             .00
TCM BANK NA              UNSECURED        NOT FILED           .00             .00
WASHINGTON MUTUAL        MORTGAGE NOTI  NOT FILED             .00             .00
ECAST SETTLEMENT CORP    UNSECURED              .00           .00             .00
ECAST SETTLEMENT CORP    UNSECURED              .00           .00             .00
BENNIE W FERNANDEZ       DEBTOR ATTY      2,373.00                         297.89
TOM VAUGHN               TRUSTEE                                            23.11
DEBTOR REFUND            REFUND                                               .00

     Summary of Receipts and Disbursements:
-----------------------------------------------------------------------
                     RECEIPTS              DISBURSEMENTS
-----------------------------------------------------------------------
TRUSTEE                321.00

PRIORITY                                             .00
SECURED                                              .00
UNSECURED                                            .00
ADMINISTRATIVE                                    297.89
TRUSTEE COMPENSATION                               23.11
DEBTOR REFUND                                        .00
                     --------------       --------------
TOTALS                 321.00                     321.00




              PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 08 B 18223 JESSE ROBINSON
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 03/05/09

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE